IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LANCE JAVON SHEFFIELD,

    Plaintiff,

v.                                          Case No.  4:15cv568-MW/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4.  Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of this Court or prosecute this case." The Clerk shall close the file.

**SO ORDERED on February 1, 2016.**

                                                  s/Mark E. Walker           
                                                  **United States District Judge**